IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

    Plaintiff,

v.          CASE NO. 5:16cv211-RH/GRJ

FEDERAL BUREAU OF INVESTIGATION
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 9 and the objections, ECF No. 10. I have reviewed de novo the issues raised by the objections. The report and recommendation correctly concludes that the complaint fails to state a federal claim on which relief can be granted. The complaint suggests that the plaintiff has at most a claim under state law. There is no independent basis for jurisdiction over a state-law claim. Even if jurisdiction to consider any state-law claim continued upon dismissal of any federal claim, I would choose, as a matter of discretion, not to exercise such jurisdiction.

For these reasons,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed. Any claim arising under federal law is dismissed with prejudice on the merits. Any claim arising under state law is dismissed without prejudice." The clerk must close the file.

SO ORDERED on September 17, 2016.

                                       s/Robert L. Hinkle
                                       United States District Judge